UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MATHIAS,<br><br>            Plaintiff,<br>     vs.<br>CLOVIS UNIFIED SCHOOL<br>DISTRICT, et al.,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 11-0855 LJO SMS<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 12.) |

Defense counsel notified this Court that settlement has been reached.  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than March 9, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the July 25, 2012 pretrial conference and September 10, 2012 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:    February 10, 2012**                    /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE