1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    TERESA MATHIAS,                        CASE NO. CV F 11-0855 LJO SMS

12                    Plaintiff,            **ORDER TO DISMISS AND TO CLOSE ACTION**
                                            (Doc. 14.)
13          vs.

14    CLOVIS UNIFIED SCHOOL DISTRICT,

15                    Defendant.
                                     /
16

17          Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

18          1.      DISMISSES with prejudice this entire action;

19          2.      VACATES all pending matters; and

20          3.      DIRECTS the clerk to close this action.

21

22          IT IS SO ORDERED.

23    **Dated:    February 17, 2012**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                            1